IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ub D.C.

05 MAY -3 PM 4: 54

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| GLENDA GLINSEY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-2214-MaV |
| LOWELL DUKE, et al., | ) |
| Defendants. | ) |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held, and the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):** May 5, 2005

**JOINING PARTIES:** June 21, 2005

**AMENDING PLEADINGS:** June 21, 2005

**INITIAL MOTIONS TO DISMISS:** July 21, 2005

**COMPLETING ALL DISCOVERY:** December 21, 2005

    (a) **DOCUMENT PRODUCTION:** December 21, 2005

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** December 21, 2005

    (c) **EXPERT WITNESS DISCLOSURE (Rule 26):**

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: October 21, 2005

        (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: November 21, 2005

        (3) EXPERT WITNESS DEPOSITIONS: December 21, 2005

**FILING DISPOSITIVE MOTIONS:** January 21, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-4-05

⑤

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial, and the trial is expected to last 2-3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED this 3rd day of May, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02214 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Sam F. Cole
COLE LAW OFFICE
100 N. Main Building
Ste. 2519
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT