IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GLENDA GLINSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-2214 Ma/V |
| | ) |
| LOWELL DUKE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Before the court is defendant City of Memphis Police Department's March 24, 2005, motion to dismiss. Plaintiff has not yet responded to the motion, and the time for response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 10th day of May 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02214 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Heather Anne Kirksey
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Sam F. Cole
COLE LAW OFFICE
100 N. Main Building
Ste. 2519
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT